THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAMIE ZIMMERMAN, *et al.,*

Plaintiff,

v.

PEACEHEALTH, *et al.*,

Defendants.

No. 3:22-cv-05960-TL

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY RE: MOTION TO DISMISS AND TO REVISE NOTING DATE

Pursuant to Defendants PeaceHealth, *et al.* (collectively, the "Defendants") Unopposed Motion for Extension of Time to File Reply re: Motion to Dismiss and to Revise Noting Date, the Court, having reviewed the Motion and finding good cause orders that:

1. The Motion is GRANTED.
2. Defendants' deadline to reply to Plaintiffs' Response to Defendants' Motion to Dismiss is set for April 6, 2023
3. Defendants' pending Motion to Dismiss shall be re-noted for consideration on April 6, 2023.

Dated this 30th day of March 2023.

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY RE: MOTION TO DISMISS AND TO REVISE NOTING DATE – 1 (Case No. 3:22-cv-05960-TL)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1

2  **PRESENTED BY:**

3

  STOEL RIVES LLP

4

5  _____

6  Timothy J. O'Connell, WSBA 15372
   tim.oconnell@stoel.com
7  Jacqueline Middleton, WSBA 52636
   jacqueline.middleton@stoel.com
8  600 University Street, Suite 3600
   Seattle, WA 98101
9  Telephone: 206-624-0900
   Facsimile: 206-386-7500
10

   Melissa J. Healy, OSB 102176
11 melissa.healy@stoel.com
   Matthew A. Tellam, OSB 194612
12 matt.tellam@stoel.com
   760 SW Ninth Avenue, Suite 3000
13 Portland, OR  97205
   Telephone:  503.224.3380
14 Facsimile:  503.220.2480

15

16 *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY RE: MOTION TO DISMISS AND TO REVISE NOTING DATE – 3 (Case No. 3:22-cv-05960-TL)

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: March 28, 2023.

*s/ Brie M. Carranza*
Brie M. Carranza, Litigation Practice Assistant

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY RE: MOTION TO DISMISS AND TO REVISE NOTING DATE – 3 (Case No. 3:22-cv-05960-TL)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*