# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JAIME ZIMMERMAN, et al.,<br><br>                 Plaintiffs,<br>   v.<br><br>PEACEHEALTH, et al.,<br><br>                 Defendants. | CASE NO. 3:22-cv-05960-TL<br><br>ORDER ON STIPULATED MOTION TO MODIFY DISCOVERY DEADLINES |

On May 26, 2023, the Parties filed a stipulated motion to modify discovery deadlines (Dkt. No. 34). The Parties' proposed schedule would change the deadline for Initial Disclosures from May 30, 2023, to 10 days after the Court's ruling on the pending Motion to Dismiss (Dkt. No. 17). *Id*. However, the Parties' request was untimely, as they did not move for an extension of time until one business day in advance of the initial disclosure deadline. *See* Standing Order at § II(G) ("Motions for extensions of time shall be filed at least **three (3) business days** in advance of the expiration of the relevant deadline."). Counsel for all Parties are admonished to adhere to the Court's Standing Orders and to make future requests of the Court in a timely fashion.

The Court GRANTS the Parties' stipulated motion to modify discovery deadlines, which are reset as follows:

(1) Initial Disclosures, if any, SHALL be due **ten (10) business days** after the Court's ruling on the pending Motion to Dismiss (Dkt. No. 17);

(2) Combined Joint Status Report and Discovery Plan, as required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), SHALL be due **forty-nine (49) days** thereafter; and

(3) Discovery SHALL remain stayed until the filing of the Combined Joint Status Report and Discovery Plan.

Dated this 30th day of May 2023.

Tana Lin
United States District Judge

ORDER ON STIPULATED
MOTION TO MODIFY
DISCOVERY DEADLINES - 2