THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE ZIMMERMAN, *et al.*,<br><br>        Plaintiff,<br><br>v.<br><br>PEACEHEALTH, *et al.*,<br><br>        Defendants. | No. 3:22-cv-05960-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING PENDING MOTION TO DISMISS**<br><br><u>NOTED ON MOTION CALENDAR</u>:<br>FRIDAY, JULY 14, 2023 |

Having considered the parties' Stipulated Motion for Leave to File Supplemental Briefing Regarding the Pending Motion to Dismiss and being otherwise fully apprised,

The parties' Motion for Leave to File Supplemental Briefing Regarding Pending Motion to Dismiss is GRANTED.

The parties shall file supplemental briefing regarding he effect, if any, of *Groff v. DeJoy*, No. 22-174, 600 U.S. ___ (2023) on the pending Motion to Dismiss, Dkt. 17, as follows:

1. Defendants shall file their opening supplemental brief no later than seven working days after the entry of this Order;
2. Plaintiffs shall file their responsive supplemental brief six days thereafter;
3. Defendants shall file their reply supplemental brief two days thereafter.

///

///

(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL BRIEFING RE PENDING MOTION TO DISMISS - 1
(Case No. 3:22-cv-05960-TL)

120269670.2 0065738-00085

4. All such briefing shall adhere to the word count limitations set forth in LCR 7(e)(2).

IT IS SO ORDERED.

DONE IN OPEN COURT THIS 17th day of July, 2023.

_____
Tana Lin
United States District Judge

PRESENTED BY:

STOEL RIVES LLP                                      SILENT MAJORITY FOUNDATION


*s/ Timothy J. O'Connell*                            *s/ Karen Osborne*
Timothy J. O'Connell, WSBA No. 15372                 Simon Peter Serrano, WSBA No. 54769
tim.oconnell@stoel.com                               pete@silentmajorityfoundation.org
Jacqueline Middleton, WSBA No. 52636                 Karen Osborne, WSBA No. 51433
jacqueline.middleton@stoel.com                       karen@smfjb.org
STOEL RIVES LLP                                      5238 Outlet Drive
600 University Street, Suite 3600                    Pasco, WA  99301
Seattle, WA  98101                                   Telephone:  360.907.2593
Telephone:  206.624.0900

                                                     *Attorneys for Plaintiffs*
Melissa J. Healy, *Pro Hac Vice*
melissa.healy@stoel.com
Matt A. Tellam, , *Pro Hac Vice*
matt.tellam@stoel.com
STOEL RIVES LLP
790 SW 9th Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.294-9263

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: July 17, 2023

*s/ Brie Carranza*
Brie Carranza, Litigation Practice Assistant