THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE ZIMMERMAN, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PEACEHEALTH, *et al.*,<br><br>  Defendants. | No.: 3:22-cv-05960-TMC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO ADD PARTIES AND AMEND COMPLAINT |

This matter came before the Court on Plaintiffs' Motion to Plaintiffs, the Court has reviewed the following documents:

1. Plaintiff's Motion to add Parties and Amended Complaint with the revised Complaint attached thereto;

2. Declarations for Plaintiffs Katherine Telford, Nancy Eklund, Joy Hoksbergen, and Nicole Kingsley.

3. Defendant's Opposition to Plaintiffs' Motion if any;

4. Plaintiffs' Reply, if any.

ORDER DNEYING
DEFENDANTS' MOTION TO DISMISS

1

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

Based on the record and materials presented, and being fully advised on the premises, the Court hereby Grants Plaintiffs' Motion to Add Parties and Amend Complaint.

DONE IN OPEN COURT THIS 17th day of May, 2024.

_____
Tiffany M. Cartwright
United States District Judge

PRESENTED BY:

**SILENT MAJORITY FOUNDATION**

*/s/Simon Peter Serrano*
Simon Peter Serrano, WSBA No. 54769
Karen L. Osborne, WSBA No.
5238 Outlet Dr.
Pasco, WA 99301
(509)567-7086
pete@smfjb.org

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of Apil 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 29th day of April 2024.

Simon Peter Serrano

/s/Simon Peter Serrano