# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JAMIE ZIMMERMAN, et al.<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>PEACEHEALTH<br><br>　　　　　　　　　Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:22-cv-05960 TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　Defendant PeaceHealth's motion for summary judgment (Dkt. 68) is GRANTED and Plaintiffs' claims are DISMISSED with prejudice. Plaintiffs' cross-motion for partial summary judgment (Dkt. 65) is DENIED as moot. PeaceHealth's motion to exclude Plaintiffs' expert Dr. Harvey Risch under Federal Rule of Evidence 702 (Dkt. 66) is also DENIED as moot.

　　　Dated August 26, 2025.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　*/s/Z. George*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk